RECEIVED
JUN 1 0 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KAREN LEWIS | *CIVIL NO. 6:15-0035 |
| VERSUS | *JUDGE DOHERTY |
| REPUBLIC FIRE & CAS. INS. CO. | *MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss Pursuant to Rule 12(b)(6) filed by Defendants Crawford & Company and Keith Brown [rec. doc. 6], is **GRANTED**, and all claims asserts by plaintiff against Crawford & Company and Keith Brown are **DISMISSED WITH PREJUDICE**. The claims against Republic Fire and Casualty Insurance Company will remain.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _10_ day of _June_, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE